**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6270

JOHN RICKIE CRITE,

Plaintiff - Appellant,

versus

JOHN B. HATFIELD, JR.; STEVE COLE; RICK J.
MCCURRY; W. P. RIGGS, Sergeant,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Sr., District Judge. (CA-96-818-2)

Submitted: July 22, 1998          Decided: August 6, 1998

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Rickie Crite, Appellant Pro Se. John B. Hatfield, Jr., HATFIELD & HATFIELD, Greensboro, North Carolina; Debra C. Graves, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Susan D. Moore, COUNTY ATTORNEY'S OFFICE, Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying him relief on his 42 U.S.C. §§ 1985, 1986 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court, deny Appellant's motion to appoint counsel, and deny Appellant's motion to stay the case. <u>Crite v. Hatfield</u>, No. CA-96-818-2 (M.D.N.C. Jan. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2